| | |
|---|---|
| 1 | WILLIAM L. STERN (CA SBN 96105) |
|   | WStern@mofo.com |
| 2 | WILLIAM F. TARANTINO (CA SBN 215343) |
|   | WTarantino@mofo.com |
| 3 | CLAUDIA M. VETESI (CA SBN 233485) |
|   | CVetesi@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendants |
|   | DOLE FOOD COMPANY, INC., |
| 8 | DOLE PACKAGED FOODS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, on behalf of himself and all others similarly situated, | Case No.   CV12-01831-HRL |
| Plaintiff, | **CLASS ACTION** |
| v. | **DEFENDANTS DOLE FOOD COMPANY, INC. AND DOLE PACKAGED FOODS, LLC'S CERTIFICATION AS TO INTERESTED PARTIES IN ACCORDANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-16** |
| DOLE FOOD COMPANY, INC., DOLE PACKAGED FOODS, LLC, | |
| Defendants. | |

1  Pursuant to Federal Rules of Civil Procedure 7.1(a), the undersigned counsel of record for Dole Packaged Foods, LLC and Dole Food Company, Inc. certifies that the parent company of Dole Packaged Foods, LLC is Dole Food Company, Inc.  Dole Food Company, Inc. has no corporate parent, and no public corporation owns ten percent or more of its stock.

Furthermore, pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities other than the parties themselves (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: other than Dole Packaged Foods, LLC and Dole Food Company, Inc., there is no such interest to report.

Dated: May 23, 2012

WILLIAM L. STERN
WILLIAM F. TARANTINO
CLAUDIA M. VETESI
MORRISON & FOERSTER LLP


By:  /s/ William L. Stern
     WILLIAM L. STERN

Attorneys for Defendants DOLE FOOD COMPANY, INC. AND DOLE PACKAGED FOODS, LLC

DEFENDANTS' CERTIFICATION AS TO INTERESTED PARTIES
CASE NO. CV12-01831-HRL
sf-3140914

1