1 | Charles F. Barrett (#20627)
2 | CHARLES BARRETT, P.C.
3 | 6518 Highway 100, Suite 210
4 | Nashville, Tennessee 37205
5 | (615) 515-3393
6 | (615) 515-3395 (fax)
7 | *Attorney for Plaintiff*
8 |
9 | **UNITED STATES DISTRICT COURT**
10 | **NORTHERN DISTRICT OF CALIFORNIA**
11 | **SAN JOSE DIVISION**
12 |
13 | CHAD BRAZIL, individually and on )
14 | behalf of all others similarly situated, )
15 | )
16 |     Plaintiff, )    **Case No.** 5:12-cv-01831-HRL
17 | )
18 | v. )   ~~(PROPOSED)~~ **ORDER GRANTING**
19 | )   **APPLICATION FOR ADMISSION**
20 | DOLE FOOD COMPANY, INC., )   **OF ATTORNEY** *PRO HAC VICE*
21 | DOLE PACKAGED FOODS, LLC, )
22 | )
23 |     Defendants. )

25 |      This cause came to be heard on Application for Admission of Attorney Pro Hac Vice of

26 | Charles F. Barrett.

27 |      Charles F. Barrett, whose business address and telephone number is CHARLES

28 | BARRETT, P.C., 6518 Highway 100, Suite 210, Nashville, Tennessee 37205, (615) 515-3393

29 | And who is an active member in good standing of the bar of the State of Tennessee having

30 | applied in the above-entitled action for admission to practice in the Northern District of

31 | California on a pro hac vice basis, representing Chad Brazil.

32 |      IT IS HEREBY ORDERED that the application is granted, subject to the terms and

33 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac

34 | vice. Service of papers upon and communication with co-counsel designated in the application

35  | will constitute notice to the party.  All future filings in this action are subject to the requirements

36  | contained in General Order No. 45, *Electronic Case Filing*.

37  |         Dated:  May 31, 2012                    _____

38  |                                                U.S. District Court Judge

39  |