1   Ben F. Pierce Gore (SBN 128515)
    PRATT & ASSOCIATES
2   1871 The Alameda, Suite 425
    San Jose, CA 95126
3   Telephone:  (408) 429-6506
    Fax:  (408) 369-0752
4   pgore@prattattorneys.com

5   *Attorney for Plaintiff*

6

7                        UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10

11  CHAD BRAZIL, individually and on behalf of      Case No. 12-cv-01831 (LHK)
    all others similarly situated,
12                                                  **PLAINTIFF'S STATEMENT OF**
                     Plaintiff,                     **RECENT DECISION**
13
    v.
14
    DOLE FOOD COMPANY, LLC;                         Hearing Date:   December 6, 2012
15  DOLE PACKAGED FOODS, LLC,                       Time:           1:30 p.m.
                                                    Judge:          Hon. Lucy H. Koh
16                   Defendants.                    Action Filed:   April 11, 2012

17

18          Plaintiff, through the undersigned counsel, submits this Statement of Recent Decision

19  under Local Rule 7-3(d)(2).

20          Attached hereto as **Exhibit A** is a true and correct copy of a decision from the United

21  States District Court for the Northern District of California, dated November 9, 2012, entitled

22  *Khasin v. The Hershey Company*, Case No. 5:12-CV-01862-EJD ("*Khasin v. Hershey*").

23  Under Local Rule 7-3(d)(2), *Khasin v. Hershey* is a relevant judicial opinion published after

24  Plaintiff filed his Memorandum of Points and Authorities in Opposition to Defendants' Motion to

25  Dismiss on August 31, 2012.

26          In *Khasin v. Hershey*, on November 9, 2012, the court granted in part and denied in part

27  the defendant's motion to dismiss and denied the defendant's motion to strike. Judge Edward J.

28

    PLAINTIFF'S STATEMENT OF RECENT DECISION
    Case No. 12-cv-01831 (LHK)

1  Davila denied defendant's motion to dismiss on all claims, except plaintiff's Magnuson-Moss

2  Warranty Act and California Song-Beverly Consumer Warranty Act claims. Judge Davila also

3  denied the defendant's motion to strike "all claims predicated on statements that Plaintiff did not

4  see and that concern products that Plaintiff did not purchase." The court denied defendant's

5  motion to strike "in that regard as any concerns about the differences among the products are

6  better addressed at the class certification stage, rather than the present [motion to dismiss] stage."

7          Dated:  November 12, 2012.
                                              Respectfully submitted,

8

9

10                                        /s/  *Charles Barrett*
                                          Charles Barrett (*admitted pro hac vice*)
11                                        CHARLES BARRETT, P.C.
                                          6518 Hwy. 100, Suite 210
12                                        Nashville, TN 37205
                                          Telephone: (615) 515-3393
13                                        Fax: (615) 515-3395
                                          charles@cfbfirm.com

14                                        Ben F. Pierce Gore (SBN 128515)
                                          PRATT & ASSOCIATES
15                                        1871 The Alameda, Suite 425
                                          San Jose, CA 95126
16                                        Telephone:  (408) 429-6506
                                          Fax:  (408) 369-0752
17                                        pgore@prattattorneys.com

18                                        Jay Nelkin
                                          Carol Nelkin
19                                        Stuart M. Nelkin
                                          NELKIN & NELKIN, P.C.
20                                        5417 Chaucer Drive
                                          P.O. Box 25303
21                                        Houston, Texas 77005
                                          Telephone:  (713) 526-4500
22                                        Facsimile:  (713) 526-8915
                                          jnelkin@nelkinpc.com
23                                        cnelkin@nelkinp.com
                                          snelkin@nelkinpc.com
24

25                                        Don Barrett
                                          David McMullan, Jr.
26                                        Brian Herrington
                                          Katherine B. Riley
27                                        BARRETT LAW GROUP, P.A.
                                          P.O. Box 927
28                                        404 Court Square North
                                          Lexington, MS 39095

1    Telephone: (662) 834-2488
     Toll Free: (877) 816-4443
2    Fax: (662) 834-2628
     dbarrett@barrettlawgroup.com
3    donbarrettpa@gmail.com
     bherrington@barrettlawgroup.com
4    kbriley@barrettlawgroup.com
     dmcmullan@barrettlawgroup.com
5
     Richard Barrett
6    LAW OFFICES OF RICHARD R. BARRETT,
     PLLC
7    2086 Old Taylor Road, Suite 1011
     Oxford, MS 38655
8    Telephone: (662) 380-5018
     Fax: (866) 430-5459
9    rrb@rrblawfirm.net

10   J. Price Coleman
     COLEMAN LAW FIRM
11   1100 Tyler Avenue, Suite 102
     Oxford, MS 38655
12   Telephone: (662) 236-0047
     Fax: (662) 513-0072
13   colemanlawfirmpa@bellsouth.net

14   Dewitt M. Lovelace
     Alex Peet
15   LOVELACE LAW FIRM, P.A.
     12870 U.S. Hwy 98 West, Suite 200
16   Miramar Beach, FL 32550
     Telephone: (850) 837-6020
17   Fax: (850) 837-4093
     dml@lovelacelaw.com
18
     David Shelton
19   ATTORNEY AT LAW
     1223 Jackson Avenue East, Suite 202
20   Oxford, MS 38655
     Telephone: (662) 281-1212
21   Fax: (662-281-1312
     david@davidsheltonpllc.com
22
     Keith M. Fleischman
23   Frank Karam
     Ananda  N. Chaudhuri
24   FLEISCHMAN LAW FIRM
     565 Fifth Avenue, 7th Floor
25   New York, New York  10017
     Telephone:  212-880-9571
26   keith@fleischmanlawfirm.com
     frank@fkaramlaw.com
27   achaudhuri@fleischmanlawfirm.com

28

1    Zona Jones
     Darren Brown
2    PROVOST ✶ UMPHREY LAW FIRM, L.L.P.
     P. O. Box 4905
3    Beaumont, Texas 77704
     Telephone:  (409) 835-6000
4    zjones@pulf.com
     dbrown@pulf.com
5
     *Attorneys for Plaintiff*
6
                    **CERTIFICATE OF SERVICE**
7
              I hereby certify that I have on November 12, 2012 filed and served through the Court's
8
     ECF system a true and correct copy of the foregoing.
9
                               /s/ *Charles Barrett*
10                             Charles Barrett (*pro hac vice*)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28