1   WILLIAM L. STERN (CA SBN 96105)
    WStern@mofo.com
2   CLAUDIA M. VETESI (CA SBN 233485)
    CVetesi@mofo.com
3   LISA A. WONGCHENKO (CA SBN 281782)
    LWongchenko@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendants
    DOLE FOOD COMPANY, INC.,
8   DOLE PACKAGED FOODS, LLC

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12

13

14  | CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated, | Case No. CV12-01831 LHK |
    |---|---|
    | | **STATEMENT OF RECENT DECISION** |
    | Plaintiff, | Hearing Date:   December 13, 2012 |
    | v. | Time:  1:30 p.m. |
    | | Judge:  Hon. Lucy H. Koh |
    | DOLE FOOD COMPANY, INC., DOLE PACKAGED FOODS, LLC, | Action Filed:  April 11, 2012 |
    | Defendants. | |

1    Defendants Dole Food Company, Inc. and Dole Packaged Foods, LLC ("Dole"), through

2    their undersigned counsel, submit this Statement of Recent Decision to bring to the Court's

3    attention a relevant judicial opinion that has been published since Dole filed its reply[1] in this case:

4    *Astiana v. Hain Celestial Group, Inc.*, No. 11-6342 PJH, --F. Supp. 2d--, 2012 U.S. Dist. LEXIS

5    165368 (N.D. Cal. Nov. 19, 2012).  The decision is attached as Exhibit A.

6    Plaintiff in *Astiana* alleged that Hain Celestial and JASON Natural Products improperly

7    labeled their cosmetic products "all natural," "pure natural," and "pure, natural & organic."

8    Plaintiff alleged the term "natural" was false and misleading because the products contain

9    artificial and/or synthetic materials.  She asserted six causes of action under California law: (1)

10   common law fraud, (2) unlawful business practices in violation of California's Unfair

11   Competition Law ("UCL"), (3) unfair business practices in violation of the UCL, (4) fraudulent

12   business practices in violation of the UCL, (5) violation of California's False Advertising Law,

13   and (6) violation of California's Consumer Legal Remedies Act.  *See Astiana*, 2012 U.S. Dist.

14   LEXIS 165368, at *2-3.

15   The court granted Defendants' motion to dismiss, holding that, in deference to FDA, the

16   court should not "make any independent determination of whether defendants' use of 'natural'

17   was false or misleading.  Doing so would 'risk undercutting the FDA's expert judgments and

18   authority.'"  *Id.*, at *9 (quoting *Pom Wonderful LLC v. Coca-Cola Co.*, 679 F.3d 1170, 1178 (9th

19   Cir. 2012)).  Applying *Pom Wonderful* to Plaintiff's California statutory and common law claims,

20   the court reasoned that because the product labels at issue were comprehensively regulated by

21   FDA and FDA declined to issue regulations regarding the term "natural," the court should not

22   decide whether the term is misleading or not.  *Id.*, at *6-9.  Thus, in deference to FDA, the court

23   held that Plaintiff's state law claims were barred under the primary jurisdiction doctrine.

24

25

26

27
_____

28      [1] Dole's reply was filed September 14, 2012.  (Docket No. 37.)

1    Dated:  November 29, 2012          WILLIAM L. STERN
                                        CLAUDIA M. VETESI
2                                       LISA A. WONGCHENKO
                                        MORRISON & FOERSTER LLP
3

4                                       By:  /s/ William L. Stern
                                             William L. Stern
5

6                                       Attorneys for Defendants
                                        DOLE FOOD COMPANY, INC.,
                                        DOLE PACKAGED FOODS, LLC
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28