UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>DOLE FOOD COMPANY, INC.,<br>DOLE PACKAGED FOODS, LLC,<br><br>                Defendants. | Case No.: 12-CV-01831-LHK<br><br>ORDER CONTINUING HEARING ON MOTION TO DISMISS |

The case management conference and hearing on Defendants' Motion to Dismiss, which were scheduled for December 13, 2012, are hereby CONTINUED to January 24, 2013, at 1:30pm.

**IT IS SO ORDERED.**

Dated: December 10, 2012

                                                          LUCY H. KOH
                                                          United States District Judge