UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,

          Plaintiff(s),

v.

DOLE FOOD COMPANY, INC., DOLE PACKAGED FOODS, LLC,

          Defendant(s).

CASE NO. CV12-01831 LHK

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐   Early Neutral Evaluation (ENE) (ADR L.R. 5)
☒   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐   Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
☐   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
☒   other requested deadline   90 days from the date the Court rules on Defendants' Motion to Dismiss the Amended Complaint

Dated: November 15, 2012            /s/ Ben F. Pierce Gore
                                                     Attorney for Plaintiff
                                                     Ben F. Pierce Gore
                                                     Pratt & Associates


American LegalNet, Inc.
www.FormsWorkFlow.com

Dated: November 15, 2012                                /s/ William L. Stern
                                                                              Attorney for Defendant
                                                                              William L. Stern
                                                                              Morrison & Foerster LLP

CONTINUE TO FOLLOWING PAGE


American LegalNet, Inc.
www.FormsWorkFlow.com

**[PROPOSED] ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☒ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: January 24, 2013

_____
UNITED STATES JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

American LegalNet, Inc.
www.FormsWorkFlow.com

## ECF ATTESTATION

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION SELECTING ADR PROCESS**. In compliance with Civil Local Rule 5-1(i), I hereby attest that Ben F. Pierce Gore has concurred in this filing.


Dated: November 15, 2012         By:  /s/ *William L. Stern*
                                        WILLIAM L. STERN