UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DOLE FOOD COMPANY, INC., DOLE PACKAGED FOODS, LLC,<br><br>　　　　　　Defendants. | Case No.: 12-CV-01831-LHK<br><br>ORDER GRANTING PARTIES' STIPULATIONS RE: BRIEFING FOR SECOND MOTION TO DISMISS AND CONTINUING THE MEDIATION DEADLINE; CONTINUING CASE MANAGEMENT CONFERENCE; VACATING CASE SCHEDULE |

　　　　The Court hereby GRANTS the parties' Stipulation Continuing Dates for Briefing Regarding the Motion to Dismiss the Second Amended Complaint and Motion to Strike. *See* ECF No. 64. Plaintiff's response to the Motion to Dismiss the Second Amended Complaint and Motion to Strike shall be due by May 20, 2013, and Defendants' reply shall be due by June 3, 2013.

　　　　The Court hereby GRANTS the parties' Stipulation Continuing the Mediation Deadline to 90 days from the date the Court rules on Defendants' Motion to Dismiss the Second Amended Complaint. *See* ECF No. 65.

1

The Court hereby CONTINUES the Case Management Conference set for May 15, 2013, to September 26, 2013, following the hearing on Defendants' Motion to Dismiss the Second Amended Complaint and Motion to Strike. The Court VACATES the case schedule related to Class Certification and therefore the subsequent case schedule. Because Plaintiff's Motion for Class Certification is currently due before the hearing on Defendants' Motion to Dismiss the Second Amended Complaint and Motion to Strike, and the parties may not have the benefit of the Court's ruling on Defendants' Second Motion to Dismiss prior to the currently scheduled Class Certification hearing, the Court finds that it would be prejudicial to both parties to proceed with the current Class Certification schedule. By September 19, 2013, the parties shall propose a revised case schedule as part of their Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: May 13, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01831-LHK
ORDER GRANTING PARTIES' STIPULATIONS RE: BRIEFING FOR SECOND MOTION TO DISMISS AND CONTINUING THE MEDIATION DEADLINE; CONTINUING CASE MANAGEMENT CONFERENCE; VACATING CASE SCHEDULE