UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br>     v.<br><br>DOLE FOOD COMPANY, INC.,<br>DOLE PACKAGED FOODS, LLC,<br><br>                  Defendants. | Case No.: 12-CV-01831-LHK<br><br>ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE AND RESCHEDULING CASE MANAGEMENT CONFERENCE |

A hearing on Defendant's Motion to Dismiss and Motion to Strike and a Case Management Conference are scheduled for September 26, 2013, at 1:30 P.M. ECF Nos. 63, 67. Pursuant to Civil Local Rule 7-1(b), the Court concludes that this matter is appropriate for determination without oral argument and accordingly VACATES the September 26, 2013 hearing. The Case Management Conference will now take place at 9:30 a.m. on September 26, 2013 in Courtroom 8, 4th Floor, San Jose.

**IT IS SO ORDERED.**

Dated: September 23, 2013

                                                    _Lucy H. Koh_
                                                    LUCY H. KOH
                                                    United States District Judge