WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
KATHLEEN B. RONEY (CA SBN 268446)
KRoney@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
DOLE FOOD COMPANY, INC.,
DOLE PACKAGED FOODS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLE FOOD COMPANY, INC., DOLE PACKAGED FOODS, LLC,<br><br>Defendants. | Case No. CV12-01831 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER NARROWING SCOPE OF CLAIMS AND DISMISSING DEFENDANT DOLE FOOD COMPANY, INC.**<br><br>**(Fed. R. Civ. P. 41(a)(1))**<br><br>Judge: Hon. Lucy H. Koh<br>Action Filed: April 11, 2012 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Chad Brazil ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendants Dole Food Company, Inc. and Dole Packaged Foods, LLC ("Dole" or "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS on April 12, 2013, Plaintiff filed his Second Amended Complaint for Damages, Equitable and Injunctive Relief ("SAC") listing eight products Plaintiff Chad Brazil allegedly purchased, and 30 products Plaintiff claims are "substantially similar" to these eight products;

1  WHEREAS on December 16, 2013, Defendants took the deposition of Plaintiff Chad
2  Brazil, and during deposition Mr. Brazil testified that he has never purchased Dole Frozen
3  Blueberries (3 oz plastic cups), or any Smoothie Shakers products; and
4  WHEREAS the Parties have met and conferred regarding proper parties to this action;
5  IT IS HEREBY STIPULATED, subject to the approval of the Court, that claims
6  regarding Dole Frozen Blueberries (3 oz plastic cups) and all Smoothie Shakers products
7  (Mixed Berry, Peach Mango, Strawberry, or Strawberry Banana flavors) are dismissed from this
8  suit; and
9  IT IS FURTHER STIPULATED, subject to approval of the Court, that Defendant Dole
10 Food Company, Inc. is dismissed from this action. The remaining Defendant Dole Packaged
11 Foods, LLC will be financially responsible for any judgment in this case.

Dated: January 10, 2014

WILLIAM L. STERN
CLAUDIA M. VETESI
KATHLEEN B. RONEY
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
       WILLIAM L. STERN

Attorneys for Defendants
DOLE FOOD COMPANY, INC.,
DOLE PACKAGED FOODS, LLC

Dated: January 10, 2014

Charles Barrett
CHARLES BARRETT, P.C.
6518 Hwy. 100, Suite 210
Nashville, TN 37205

By: */s/ Charles Barrett*
       CHARLES BARRETT

Attorney for Plaintiff

## ECF ATTESTATION

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER NARROWING SCOPE OF CLAIMS AND DISMISSING DEFENDANT DOLE FOOD COMPANY, INC.** In compliance with General Order 45, X.B., I hereby attest that Charles Barrett has concurred in this filing.

Dated: January 10, 2014

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
    WILLIAM L. STERN

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 13, 2014

LUCY H. KOH
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER NARROWING SCOPE AND DISMISSING DOLE FOOD COMPANY
CASE NO. CV12-01831 LHK
sf-3366565