UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOLE FOOD COMPANY, INC., DOLE PACKAGED FOODS, LLC,<br><br>                    Defendants. | Case No.: 12-CV-01831-LHK<br><br>ORDER CONTINUING CLASS CERTIFICATION HEARING AND CASE MANAGEMENT CONFERENCE |

The Court CONTINUES the hearings and Case Management Conference currently set for April 17, 2014 to May 15, 2014 at 1:30 p.m. The case schedule otherwise remains as set.

**IT IS SO ORDERED.**

Dated: April 16, 2014

                                                                    _Lucy H. Koh_____
                                                                    LUCY H. KOH
                                                                    United States District Judge

1

Case No.: 12-CV-01831-LHK
ORDER CONTINUING CLASS CERTIFICATION HEARING AND CASE MANAGEMENT CONFERENCE