UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>DOLE PACKAGED FOODS, LLC,<br><br>　　　　　　Defendant. | Case No.: 12-CV-01831-LHK<br><br>ORDER RE CONTINUING CLASS CERTIFICATION HEARING |

The Court has just vacated a patent claim construction hearing that was set for May 29, 2014 at 1:30 p.m., because the patent case has just settled. The Court now offers the May 29, 2014 at 1:30 p.m. hearing date and time for the *Brazil v. Dole* class certification hearing, so that Mr. Barrett can participate in his MDL case in Tennessee and the Brazil class certification hearing in person. Any necessary adjustments to the case schedule can be discussed on May 29, 2014. The parties shall file a statement by Monday, May 12, 2014 at noon as to whether counsel are available on May 29, 2014 for the class certification hearing.

**IT IS SO ORDERED.**

Dated: May 9, 2014

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge