UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>     v.<br><br>DOLE PACKAGED FOODS, LLC,<br><br>          Defendant. | Case No.: 12-CV-01831-LHK<br><br>ORDER AMENDING CASE MANAGEMENT SCHEDULE |

Plaintiff Chad Brazil ("Brazil") has filed a Motion to Amend Case Management Schedule. ("Mot.") ECF No. 143. Specifically, Brazil seeks to extend all deadlines in the current Case Management Schedule, *see* ECF No. 82, by forty-five (45) days. *See* Mot. at 1. Brazil contends that he needs this extension so that Brazil's damages expert, Dr. Oral Capps, will have adequate time to complete his opening expert report, currently due on June 13, 2014, in light of recently produced discovery. *See id.* Defendant Dole Packaged Foods, LLC ("Dole") opposes the Motion. ECF No. 144.

The Court concludes that a 14-day extension of the deadline for the filing of opening expert reports is warranted. Accordingly, opening expert reports are now due by June 27, 2014. The Court will set a new schedule at the Case Management Conference scheduled for June 18, 2014 at 2:00 p.m. The parties are directed to propose a new schedule in their Joint Case Management Statement.

1

Case No.: 12-CV-01831-LHK
ORDER AMENDING CASE MANAGEMENT SCHEDULE

1 **IT IS SO ORDERED.**

3 Dated: June 9, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-01831-LHK
ORDER AMENDING CASE MANAGEMENT SCHEDULE