UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DOLE PACKAGED FOOD, LLC,<br><br>　　　　　　　Defendant. | Case No.: 12-CV-01831-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff Attorney:  Ben Pierce Gore
Defendant Attorney:  Claudia Vetesi

　　　A case management conference was held on June 18, 2014, at 2:00 p.m. A further case management conference is set for August 6, 2014, at 2:00 p.m.

　　　The parties shall file a stipulation agreeing that the Answer to the Second Amended Complaint shall constitute the Answer to the Third Amended Complaint by June 27, 2014.

　　　The Court set the following case schedule:

FACT DISCOVERY CUTOFF is July 10, 2014.

EXPERT DISCOVERY:
　　　Opening Reports:  June 27, 2014
　　　Rebuttal Reports:  July 18, 2014
　　　Cut-off:　　　　　August 1, 2014

DISPOSITIVE MOTIONS:
　　　Motion:　　　　August 21, 2014
　　　Opposition:　　September 11, 2014

1

Case No.: 12-CV-01831-LHK
CASE MANAGEMENT ORDER

```
Reply:      September 25, 2014
Hearing:    October 16, 2014, at 1:30 p.m.
```

Each side shall be limited to filing one motion for summary judgment or summary adjudication in the entire case.

PRETRIAL CONFERENCE DATE is December 18, 2014, at 1:30 p.m.

JURY TRIAL DATE is Tuesday, January 20, 2015, at 9 a.m. in Courtroom 8, 4th floor.

TRIAL LENGTH is estimated to be 7 days.

**IT IS SO ORDERED.**

Dated: June 18, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-01831-LHK
CASE MANAGEMENT ORDER