UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLE PACKAGED FOOD, LLC,<br><br>Defendant. | Case No.: 12-CV-01831-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff Attorney:  Ben Pierce Gore
Defendant Attorney:  Claudia Vetesi

A case management conference was held on August 6, 2014, at 2:00 p.m. A further case management conference is set for October 16, 2014, at 1:30 p.m.

By August 18, 2014, the parties shall file: (1) an update on the status of Defendant's Federal Rule of Civil Procedure 23(f) petition if the Ninth Circuit has not ruled on the petition; (2) a proposed class notice plan in the Ninth Circuit has denied the petition; or (3) a stipulation staying the case if the Ninth Circuit has granted the petition.

The Court set the following case schedule:

DECERTIFICATION AND SUMMARY JUDGMENT MOTIONS:

    Motions:                August 21, 2014
    Oppositions:            September 11, 2014
    Replies:                September 25, 2014
    Hearing:                October 16, 2014, at 1:30 p.m.
    Additional Hearing (if necessary):   November 13, 2014, at 1:30 p.m.

1

Case No.: 12-CV-01831-LHK
CASE MANAGEMENT ORDER

Defendant may file one motion for decertification, and Plaintiff and Defendant may each file one motion for summary judgment by August 21, 2014. The page limits for both the decertification and summary judgment motions shall be 18 pages for the opening brief, 18 pages for the opposition, and 12 pages for the reply.

PRETRIAL CONFERENCE DATE is December 18, 2014, at 1:30 p.m.

JURY TRIAL DATE is Tuesday, January 20, 2015, at 9 a.m. in Courtroom 8, 4th floor.

TRIAL LENGTH is estimated to be 7 days.

**IT IS SO ORDERED.**

Dated: August 6, 2014

_____
LUCY H. KOH
United States District Judge