Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
(408) 429-6506
pgore@prattattorneys.com

Charles Barrett
CHARLES BARRETT, P.C.
6518 Highway 100
Suite 210
Nashville, TN 37205
(615) 515-3393
charles@cfbfirm.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLE PACKAGED FOODS, LLC,<br><br>Defendant. | Case No. 12-cv-01831 (LHK)<br><br>**STIPULATION [and ~~proposed~~ order] GRANTING EXTENSION OF TIME TO SUBMIT PROPOSED CLASS NOTICE PLAN** |

      Plaintiff and Dole Packaged Foods, LLC by and through their respective counsel of record, enter into the following stipulation:

      WHEREAS, the Court stated in its August 6, 2014 Case Management Order (Dkt. No. 163) that "[b]y August 18, 2014, the parties shall file: (1) an update on the status of Defendant's Federal Rule of Civil Procedure 23(f) petition if the Ninth Circuit has not ruled on the petition; (2) a proposed class notice plan in the Ninth Circuit has denied the petition; or (3) a stipulation staying the case if the Ninth Circuit has granted the petition;"

      WHEREAS, of the time of this filing the Ninth Circuit has not ruled on the 23(f) petition;

      WHEREAS, Plaintiff has engaged Hilsoft Notifications to assist in drafting the proposed

1 notice plan. Plaintiff submits Hilsoft is a nationally respected firm that is well experienced in
2 drafting this type of consumer product notice plan.[1] Hilsoft is drafting both the notice plan as
3 well as the forms of notice that will ultimately be submitted to the Court. However, due to the
4 travel schedules of certain Hilsoft personnel over the past several weeks, completion of the first
5 drafts has been delayed. Plaintiff now asks that he be permitted to submit the proposed notice
6 plan on or before August 29, 2014;

7 WHEREAS, no other deadlines will be affected by this change;

8 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff and
9 Defendant that Plaintiff shall have until August 29, 2014 to file the proposed notice plan.

10 Dated: August 18, 2014.

11 CHARLES BARRETT, P.C.

13 /s/ *Charles Barrett*
Charles Barrett
Attorney for Plaintiff

15 Dated: August 18, 2014.

16 MORRISON & FOERSTER LLP

18 /s/ *Claudia M. Vetesi*
Claudia M. Vetesi
Attorney for Defendant

---

[1] www.hilsoft.com

# **ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: August 19, 2014

_____
Hon. Lucy H. Koh
United States District Court Judge