UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>  v.<br>DOLE PACKAGED FOODS, LLC,<br><br>  Defendant. | Case No.: 12-CV-01831-LHK<br><br>ORDER PERMITTING DEFENDANT TO FILE RESPONSE TO PROPOSED CLASS CERTIFICATION NOTICE PLAN |

On August 29, 2014, Plaintiff Chad Brazil filed a Proposed Class Certification Notice Plan. ECF No. 173. Defendant Dole Packaged Foods, LLC requests an opportunity to comment on the Proposed Notice Plan. ECF No. 174. Accordingly, the Court ORDERS that Defendant may file a response to Plaintiff's Proposed Notice Plan by September 17, 2014.

**IT IS SO ORDERED.**

Dated: September 10, 2014

_____
LUCY H. KOH
United States District Judge