UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br>DOLE PACKAGED FOODS, LLC,<br>　　　　　　　Defendant. | Case No.: 12-CV-01831-LHK<br><br>ORDER INFORMING PLAINTIFF OF NEED TO RE-FILE DOCUMENTS |

On September 19, 2014, Plaintiff Chad Brazil ("Brazil") filed a Motion to Remove Incorrectly Filed Documents, ECF No. 191, which the Court granted on September 25, 2014, ECF No. 201. Accordingly, documents 180 and 180-35 were removed from the docket. Brazil re-filed document 180-35 as part of a sealing motion, ECF No. 187, but he never re-filed document 180. He must do so if he wants document 180 to appear on the docket.

On October 1, 2014, Brazil filed a Motion to Remove Incorrectly Filed Documents, ECF No. 204, which the Court granted on October 6, 2014, ECF No. 206. Accordingly, documents 180-3, 180-4, and 180-5 were ordered removed from the docket. Brazil never re-filed any of these three documents. He must do so if he wants them to appear on the docket.

When a Motion to Remove Incorrectly Filed Documents is granted, the Court will only remove the requested documents; it will not replace them with documents the moving party has

1

attached to the motion.  The moving party must separately re-file whatever removed documents it wants to appear on the docket.

**IT IS SO ORDERED.**

Dated:  October 9, 2014

_____
LUCY H. KOH
United States District Judge