United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>DOLE PACKAGED FOODS, LLC,<br><br>　　　　　　　　Defendant. | Case No.: 12-CV-01831-LHK<br><br>ORDER VACATING MOTION HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rule 7-1(b), the Court hereby VACATES the motion hearing set for October 16, 2014, at 1:30 p.m.  The Case Management Conference set for October 16, 2014, at 1:30 p.m. is hereby CONTINUED to November 13, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 15, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
LUCY H. KOH
United States District Judge