1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> DOLE PACKAGED FOODS, LLC, <br><br> Defendant. | Case No.: 12-CV-01831-LHK <br><br> ORDER SETTING SUMMARY JUDGMENT MOTION HEARING |

The Court hereby sets a hearing for Defendant's Motion for Summary Judgment on

November 13, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 16, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-01831-LHK
ORDER SETTING SUMMARY JUDGMENT MOTION HEARING