UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DOLE PACKAGED FOODS, LLC,<br><br>Defendant. | Case No.: 12-CV-01831-LHK<br><br>ORDER FOR PARTIES TO MEET AND CONFER AND TO FILE A JOINT STATUS UPDATE |

In light of the Court's ruling decertifying the Damages Class, *see* ECF No. 218, the Court hereby ORDERS the parties to meet and confer as to how they plan to proceed and to file a joint status update by November 10, 2014.

**IT IS SO ORDERED.**

Dated: November 6, 2014

_____
LUCY H. KOH
United States District Judge