UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>          v.<br><br>DOLE PACKAGED FOODS, LLC,<br><br>                    Defendant. | Case No.: 12-CV-01831-LHK<br><br>ORDER CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE |

The summary judgment motion hearing and case management conference set for November 13, 2014, at 1:30 p.m. are hereby CONTINUED to December 4, 2014, at 9:00 a.m. The pretrial conference and trial dates remain as set.

**IT IS SO ORDERED.**

Dated: November 10, 2014

_____
LUCY H. KOH
United States District Judge