UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>     v.<br>DOLE PACKAGED FOODS, LLC,<br><br>                    Defendant. | Case No.: 12-CV-01831-LHK<br><br>ORDER RE: PLAINTIFF'S FILING OF UNREDACTED DOCUMENTS |

In the Court's Order dated November 6, 2014, the Court stated that the parties could "file any renewed motions to seal consistent with this Order," but that any such motions must be brought "within seven (7) days." ECF No. 220 at 5. Nevertheless, on November 13, 2014, Plaintiff filed unredacted versions of six documents (ECF Nos. 178-15, 178-16, 178-17, 178-18, 178-19, and 187-4) for which the Court had previously denied sealing without prejudice. *See* ECF No. 224. These six documents are among those Defendant now seeks to seal in a motion filed soon after Plaintiff had filed these documents unredacted. *See* ECF No. 225. As a result, the Court has locked these six documents from public view pending the Court's resolution of Defendant's timely motion.

**IT IS SO ORDERED.**

Dated: November 14, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-01831-LHK
ORDER RE: PLAINTIFF'S FILING OF UNREDACTED DOCUMENTS