UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>      v.<br><br>DOLE PACKAGED FOODS, LLC,<br><br>            Defendant. | Case No.: 12-CV-01831-LHK<br><br>ORDER VACATING MOTION HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE |

The summary judgment motion hearing set for December 4, 2014, at 9:00 a.m. is hereby VACATED. The case management conference set for that date is hereby CONTINUED to December 18, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 3, 2014

_____
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-01831-LHK
ORDER VACATING MOTION HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE