UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHAD BRAZIL, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>     v.<br><br>DOLE PACKAGED FOODS, LLC,<br><br>                    Defendant. | Case No.: 12-CV-01831-LHK<br><br>JUDGMENT |

The Court has granted the Motion for Summary Judgment filed by Defendant Dole Packaged Foods, LLC ("Dole").  *See* ECF No. 240.  Accordingly, the Court DENIES as moot the motions in limine filed by the parties.  *See* ECF Nos. 234, 235, 236, 237, 238, 239.

The Clerk of the Court shall enter judgment in favor of Dole.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 8, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-01831-LHK
JUDGMENT